UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NATURE ISLAND INVESTMENT COMPANY LTD., | : |
| Plaintiff, | : |
| v. | : C.A. NO.: 05-10377-GAO |
| CDC GLOBELEQ, | : STIPULATION AND ORDER |
| Defendants. | : |

It is hereby STIPULATED AND AGREED that the time within which Defendant CDC Group plc (sued herein as "CDC Globeleq") shall answer or move against the complaint be, and it hereby is, enlarged until May 17, 2005; and it is further

STIPULATED AND AGREED that defendant does not dispute the adequacy of service of process of the summons and complaint.

Dated:  Boston, Massachusetts
        April 27, 2005

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

By: _____
    James M. Campbell
One Constitution Plaza
Third Floor
Boston, MA  02129
(617) 241-3000

-and-

BAINTON MCCARTHY LLC
J. Joseph Bainton
John J. Lee
26 Broadway
New York, New York 10004
(212) 480-3500

*Attorneys for Defendants CDC Globeleq*

LAW OFFICE OF DAVID R. ARDITO

By: ___/s/ David R. Ardito___
      David R. Ardito
Bates Building
7 North Main Street, Suite 215A
Attleboro, MA 02703
(508) 431-2222

*Attorney for Plaintiff Nature Island Company Ltd.*

SO ORDERED:

_____
    U.S.D.J

Dated: _____

2