# UNITED STATES DISTRICT COURT

District of ___MASSACHUSETTS___

Nature Island Investment
Company, Ltd.

v.

CDC Globeleq

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 - 10377 GAO

TO: (Name and address of Defendant)

CDC Globeleq
4200 Westheimer Road
Houston, Texas 77027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Ardito, Esq.
Bates Building
7 North Main Street
Suite 215A
Attleboro, MA 02703

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

FEB 28 2005

CLERK                                                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/24/05 |

| NAME OF SERVER (PRINT) Post-Office / Certified mail | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Alex Armendariz*

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                    Signature of Server

                                        _____
                                        Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

CDC Globeleq
1200 Westheimer Road
Houston, Texas 77027
Attn: Robert Hart

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Alex Armendariz          ☐ Agent
                           ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
Alex Armendariz

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

1400 Post Oak Blvd
Hou TX 77056 #

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

cle Number
nsfer from service label)

7001 0320 0003 7405 7876

August 2001                Domestic Return Receipt

102595-02-M-1540

UNITED STATES POSTAL SERVICE

HOUSTON TX 770
PM
24 MAR 2005

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

David R. Ardito, Esq.
Law Office of David R. Ardito
Bates Building
7 North Main St., Suite 215A
Attleboro, MA 02703