**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

**C.A. NO.: 05-10377-GAO**

|  |  |
|---|---|
| **NATURE ISLAND INVESTMENT** | ) |
| **COMPANY LTD.,** | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
|  | ) |
| **CDC GLOBELEQ,** | ) |
|  | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

This certifies that plaintiff's counsel and the plaintiff have conferred with respect to:

(a)     a view to establishing a budge for the costs of conducting the full course – and varous alternative courses – of the litigation; and

(b)     considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlines in Local Rule 16.4.

Nature Island Investment Company LTD.,
Plaintiff,

By: _Anthony J. Sulfaro Pres._                     Dated: _10/31/05_
Anthony J. Sulfaro, President

_David C. Ad_                                            Dated: _10/31/05_
David R. Ardito, Esq.
Counsel for Plaintiff
Law Office of David R. Ardito
Bates Building
7 North Main Street, Suite 215A
Attleboro, MA 02703
BBO# 020035