UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NATURE ISLAND INVESTMENT COMPANY, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CDC GLOBELEQ )<br>)<br>Defendant. ) | C.A. No. 05-10377-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Christopher R. Conroy of the law firm of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for Defendant, CDC Globeleq, in the above-captioned matter.

                CDC GLOBELEQ
                By its Attorneys,

                CAMPBELL CAMPBELL EDWARDS & CONROY
                PROFESSIONAL CORPORATION

                _____
                Christopher R. Conroy (BBO# 661155)
                One Constitutional Plaza
                Boston, MA 02129
                (617) 241-3000
                cconroy@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for CDC Globeleq, hereby certify that on November 23, 2005, a true copy of the above document was served upon the following by First Class Mail:

David R. Ardito, Esq.
Bates Building, Suite #215A
7 North Main Street
Attleboro, MA 02703

_____
Christopher R. Conroy