UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATURE ISLAND INVESTMENT COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> CDC GLOBELEQ <br><br> Defendant. | C.A. No. 05-10377-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Kurt B. Gerstner of the law firm of Campbell Campbell Edwards & Conroy, Professional Corporation as counsel for Defendant, CDC Globeleq, in the above-captioned matter.

                                            CDC GLOBELEQ
                                            By its Attorneys,

                                            CAMPBELL CAMPBELL EDWARDS & CONROY
                                            PROFESSIONAL CORPORATION

                                            _/s/ Kurt B. Gerstner_____
                                            Kurt B. Gerstner (BBO# 190130)
                                            One Constitutional Plaza
                                            Boston, MA 02129
                                            (617) 241-3000
                                            kgerstner@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

    I, Christopher R. Conroy, of Campbell Campbell Edwards & Conroy Professional Corporation, attorney for CDC Globeleq, hereby certify that on November 25, 2005, a true copy of the above document was served upon the following by First Class Mail:

David R. Ardito, Esq.
Bates Building, Suite #215A
7 North Main Street
Attleboro, MA 02703

*[signature]*
Christopher R. Conroy