UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO.: 05-10377-GAO

| | |
|---|---|
| NATURE ISLAND INVESTMENT COMPANY LTD., <br> Plaintiff, | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) <br> ) |
| CDC GLOBELEQ, | ) <br> ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of James M. Caramanica, Esq., Carleen & Caramanica, P.C., 92 Montvale Avenue, Suite 4170, Stoneham, MA 02180, as co-counsel for Plaintiff, Nature Island Investment Company LTD, in the above-captioned matter.

Nature Island Investment Company. LTD, Plaintiff

By its attorneys,

James M. Caramanica, Esq., (BBO 565882)
Carleen & Caramanica, P.C.
92 Montvale Avenue, Suite 4170
Stoneham, MA 02180
(781) 438-4600

Dated: December 2, 2005

## CERTIFICATE OF SERVICE

    I, James M. Caramanica, state that a true copy of the foregoing was served upon defendant's counsel, Christopher R. Conroy, Esq., CAMPBELL CAMPBELL EDWARDS & CONROY, One Constitution Plaza, Boston, MA 02129 and J. Joseph Bainton, Esq., 26 Broadway, New York NY 10084-1840, and David R. Ardito, Esq., Bates Building, Suite 215-A, 7 North Main Street, Attleboro, MA 02703, on December 2, 2005 via first class mail.

                                                                   James M. Caramanica