UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **NATURE ISLAND INVESTMENT COMPANY, LTD.,** | )<br>)<br>) |
| Plaintiff, | )  C.A. No. 05-10377-GAO |
| v. | )  LR 7.3A STATEMENT |
| **CDC GLOBELEQ,** | ) |
| Defendants. | ) |

Pursuant to Local Rule 7.3A and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant CDC Globeleq ("CDC") is actually incorporated as Globeleq, Inc., which is wholly owned by CDC Group plc and does not have corporate parents, affiliates and/or subsidiaries that are publicly held. CDC Group plc is wholly owned by the government of the United Kingdom.

Dated: New York, New York
December 7, 2005

CDC/GLOBELEQ, INC.

By: /s/ John J. Lee
Kurt B. Gerstner (BBO #190130)
Christopher R. Conroy (BBO #661155)
Campbell Campbell Edwards & Conroy, P.C.
One Constitutional Plaza
Boston, MA 02129
-and-
John J. Lee (admitted *pro hac vice*)
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York, New York 10004-1840
(212) 480-3500

*Attorneys for CDC/Globeleq, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Michael J. Cohen, of Bainton McCarthy LLC, attorneys for CDC/Globeleq, Inc., hereby certify that on December 7, 2005, a true copy of the above document was served upon counsel for the plaintiff via the Court's ECF system and first-class mail to the following address: David R. Ardito, Esq., Law Offices of David R. Ardito, Esq., Bates Building, 7 North Main Street, Suite 215A, Attleboro, MA 02703.

    .

                                                  /s/ Michael J. Cohen
                                                    Michael J. Cohen