AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

NATURE ISLAND INVESTMENT CO. LTD.

**APPEARANCE**

v.

Case Number: CV 05-10377 (GAO)

CDC GLOBELEQ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT CDC GLOBELEQ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/22/05 | |
| Date | Signature |
| | J. JOSEPH BAINTON         JB-5934 |
| | Print Name                Bar Number |
| | 26 BROADWAY |
| | Address |
| | NEW YORK    NY    10004-1840 |
| | City         State      Zip Code |
| | (212) 480-3500    (212) 480-9557 |
| | Phone Number        Fax Number |

## CERTIFICATE OF SERVICE

I, Lala Yusubova, hereby certify that on November 22, 2005, I caused a true and correct copy of the foregoing Appearance to be served upon counsel for Plaintiff, via first class mail, addressed as follows:

>David R. Ardito, Esq.
>Bates Building, Suite # 215A
>7 North Main Street
>Attleboro, Massachusetts 02703

Dated: New York, New York
November 22, 2005

_____
Lala Yusubova