UNTIED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| **NATURE ISLAND INVESTMENT COMPANY, LTD.,** | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-10377-GAO |
| v. | ) ) | LR 16.1 CERTIFICATION |
| **CDC GLOBELEQ,** | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Local Rule 16.1, this certifies that counsel and an authorized representative of CDC/Globeleq, Inc. have conferred regarding the following issues:

1. A budget for the cost of litigating this matter through trial or other resolution; and

2. Consideration of alternative forms of dispute resolution at the appropriate time during the case.

Dated: December 7, 2005

Respectfully submitted,

| | |
|---|---|
| An Authorized Representative of Globeleq, Inc. | Attorneys for CDC/Globeleq, Inc. |
| /s/ Roger Rippy | /s/ John J. Lee |
| Name: Roger Rippy | John J. Lee (admitted *pro hac vice*) |
| Title:  Senior Attorney | Bainton McCarthy LLC |
| | 26 Broadway, Suite 2400 |
| | New York, New York 10004 |
| | (212) 480-3500 |

## **CERTIFICATE OF SERVICE**

     I, Michael J. Cohen, an attorney associated with Bainton McCarthy LLC, attorneys for CDC/Globeleq, Inc., hereby certify that on December 7, 2005, a true copy of the *LR 16.1 Certification* was served upon counsel for the plaintiff via the Court's ECF system and first-class mail to the following address: David R. Ardito, Esq., Law Offices of David R. Ardito, Esq., Bates Building, 7 North Main Street, Suite 215A, Attleboro, MA 02703.

.

                                                                           /s/ Michael J. Cohen
                                                                              Michael J. Cohen