UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

C.A. NO.: 05-10377-GAO

| | |
|---|---|
| NATURE ISLAND INVESTMENT COMPANY, LTD., <br> Plaintiffs, <br><br> v. <br><br> CDC GLOBELEQ, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION OF PLAINTIFF NATURE ISLAND INVESTMENT COMPANY, LTD. TO AMEND THE SCHEDULING ORDER

Pursuant to Local Rule 40.3(b), the Plaintiff, Nature Island Investment Company, LTD., with the assent of the Defendant, CDC Globeleq, hereby moves this Honorable Court to amend the scheduling order to extend by sixty (60) days, the deadlines for: (i) the completion of fact discovery, (ii) the completion of expert discovery, (iii) the service and opposition to any dispositive motions.

Plaintiff further moves the Court, with the assent of the Defendant, to continue the pre-trial conference presently scheduled for September 13, 2006 at 2:00 p.m.

As grounds for this motion, the parties state that they have diligently been conducting discovery which, due to logistical reasons, has taken more time than anticipated. One fact depositon has been taken and, due to the location of the parties, additional time is needed to take the remaining fact depositions and complete fact discovery.

No prior amendment to the scheduling order has been sought; nor have the parties previously sought to continue the pre-trial conference.

Plaintiff,

Nature Island Investment Company, LTD.
By their attorneys,

*(signature)*

James M. Caramanica, BBO #565882
Carleen & Caramanica, P.C.
92 Montvale Avenue, Suite 4170
Stoneham, MA 02180
(781) 438-4600


With the assent of:

CDC Globeleq, Defendant,
By their attorneys,

*(signature)*

Michael J. Cohen, Esq.
BAINTON MCCARTHY, LLC
26 Broadway, Suite 2400
New York, NY 10004-1840

Dated: September 7, 2006