UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NATURE ISLAND INVESTMENT COMPANY, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CDC GLOBELEQ, | ) ) ) |
| Defendant. | ) ) |

C.A. NO.: 05-10377-GAO

**ASSENTED-TO MOTION
TO AMEND THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 40.3(B), Defendant CDC Globeleq, with the assent of Plaintiff Nature Island Investment Company, Ltd., hereby moves this Court to amend the scheduling order to extend the present deadline of February 9, 2007 for the service of dispositive motions by twenty-one (21) days to March 2, 2007. Although Defendant will defer to the Court's convenience, Defendant contends that it is not necessary to adjourn the pre-trial conference presently scheduled for February 13, 2007 at 2:00 p.m.

Defendant contends that there are valid grounds for the relief requested herein. Defendant states that the parties have diligently and timely completed discovery. Defendant, as a party based in the United Kingdom, requires more time to obtain the declarations or affidavits from the appropriate individuals for the purposes of completing its dispositive motion. These knowledgeable individuals are based overseas and are often travelling. Defendant believes that the requested relief serves the interests of judicial economy because there is strong likelihood that its forthcoming summary judgment motion will substantially narrow the issues in the case or dispose of all claims, thereby averting the need for, or limiting the scope of, a trial.

The Court previously amended the scheduling order and pre-trial conference on Septmber 8, 2006.

Dated: February 1, 2007                    Respectufully submitted,

   /s/ John J. Lee
John J. Lee, Esq. (admitted *pro hac vice*)
BAINTON MCCARTHY LLC
26 Broadway, Suite 2400
New York, NY 10004-1840
(212) 480-3500
(212) 480-9557 (fax)

-and-

Kurt B. Gerstner, Esq. (BBO # 190130)
Christopher R. Conroy, Esq. (BBO# 661155)
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000
(617) 241-5115 (facsimile)

*Attorneys for Defendant CDC Globeleq*

With the assent of:

  /s/ James M. Caramanica
James M. Caramanica, Esq. (BBO #565882)
CARLEEN & CARAMANICA, P.C.
92 Montvale Avenue, Suite 4170
Stoneham, MA 02180
(781) 438-4600

*Attorneys for Plaintiff Nature Island Investment
   Company, Ltd.*

**CERTIFICATE OF SERVICE**

I, Michael J. Cohen, hereby certify that on February 1, 2007 the *Assented-To Motion to Amend the Scheduling Order* was served electronically via the Court's ECF system upon counsel for the Plaintiff, James M. Caramanica, Esq., Caramanica & Carleen, P.C., 92 Montvale Avenue, Suite 4170, Stoneham, Massachusetts 02180.

Dated:   February 1, 2007                             /s/ Michael J. Cohen
                                                                         Michael J. Cohen